UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )
                                                    )
JANET L. PASCHAL                                    )
                                                    )     CASE NO.  14-10854(1)(13)
                              Debtor(s)             )

## MEMORANDUM-OPINION-ORDER

This matter came before the Court on the Motion for Contempt of Debtor Janet L. Paschal for Willful Violation of the Automatic Stay Against Creditor By-Pass Animal Clinic ("Creditor"). The Court held a hearing on the Motion on October 23, 2014. A representative of Creditor failed to appear at the hearing or otherwise respond to the Motion. The Court, being duly advised in the premises, finds as follows:

On August 8, 2014, the Debtor filed her Voluntary Petition seeking relief under Chapter 13 of the United States Code. The Creditor was listed as an unsecured non-priority claim holder on Schedule F to the Debtor's Voluntary Petition. The claim was scheduled in the amount of $800. Creditor did not file a Proof of Claim. Prior to filing bankruptcy, Debtor had made payments on her outstanding obligation to Creditor by allowing telephone authorization for Creditor to process a debit transaction on her bank account. At no time did she authorize the Creditor to process any transaction without prior specific telephone authority from her.

On August 21, 2014, Creditor made an unauthorized debit transaction that was processed on Debtor's bank account in the amount of $400. As a result of this unauthorized transaction, Debtor's account was overdrawn by $398.03.

On September 4, 2014, Debtor's attorney personally contacted Dr. Jerry W. Smith of the Creditor regarding the unauthorized debit transaction of $400 from the Debtor's account. Dr. Smith indicated that he was aware that the Debtor had filed a Chapter 13 bankruptcy and that the automatic stay was in place, but that he would not return the funds.

The Court finds Creditor's post-petition unauthorized debit transaction in the amount of $400 from the Debtor's bank account to be in willful violation of the automatic stay of 11 U.S.C. § 362. Due to such violation and as supported by the Affidavits of the Debtor and her counsel, the Court awards Debtor the following attorney's fees and punitive damages as provided for in 11 U.S.C. § 362(K)(1):

Attorney's fees of $1,189.50 for 6.10 hours at an hourly rate of $195.00 per hour;

Punitive damages in the amount of $1,200 (three times the amount of the $400 removed from the Debtor's bank account) for a total award of $2,389.50.

The Court being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Debtor Janet Paschal is awarded $2,389.50 in attorney's fees and punitive damages to be paid by Creditor By-Pass Animal Clinic within thirty (30) days of the date of this Order.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 5, 2014

-2-